DAVID SULLIVAN et al., Respondents, *v.* JOHN EUSNER, Appellant, Impleaded with Others.

*Sullivan* v. *Eusner*, 27 App. Div. 103, affirmed.
(Argued May 14, 1900; decided June 5, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 16, 1898, reversing a judgment in favor of defendant entered

upon a dismissal of the complaint by the court at Special Term, and granting a new trial.

*Louis Wendel, Jr.,* for appellant.

*Robert McC. Robinson* for respondents.

Order affirmed and judgment absolute ordered for plaintiffs on the stipulation, with costs.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, LANDON and WERNER, JJ.